Commonwealth ex rel. Thomas *v.* Thomas, Appellant.


Argued September 14, 1973. *William J. C. O'Donnell,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant

District Attorney, *William T. Nicholas,* First Assist-
ant District Attorney, and *Milton O. Moss,* District
Attorney, for appellee.

Order affirmed.

SPAULDING, J., absent.